**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MMA GROUP 1 INC., d/b/a Tobacco Hut State College Inc., *et al.*,** | : | **No. 3:26cv1385** |
| **Plaintiffs** | : | **(Judge Munley)** |
| **v.** | : | |
| **DAVID W. SUNDAY, JR., in his official capacity as Attorney General of the Commonwealth of Pennsylvania; and PATRICK M. BROWNE, in his official capacity as Secretary of Revenue of the Commonwealth of Pennsylvania,** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

**AND NOW**, to wit, this 14th day of October 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Plaintiffs' motions for summary judgment, (Docs. 5, 33), are **DENIED**;
2) Count III of plaintiffs' complaint is dismissed under Federal Rule of Civil Procedure 41(a)(2) at their request, (see Doc. 35 at ECF p. 36 n.6);
3) Defendants' motion for summary judgment, (Doc. 29), is **GRANTED** with respect to Counts I and II of plaintiffs' complaint;
4) The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiffs on Counts I and II of plaintiffs' complaint;

5) Plaintiffs' motion for expedited status conference, (Doc. 47), is **DENIED** as moot; and

6) The Clerk of Court is directed to close this case.

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**